UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PARKER,<br><br>           Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>           Defendant. | No. CV 13-7258 FFM<br><br>JUDGMENT |

    In accordance with the Memorandum Decision and Order filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: March 25, 2015

                                            /S/ FREDERICK F. MUMM
                                              FREDERICK F. MUMM
                                      United States Magistrate Judge